IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JIMMY DALE STALLNACKER ) <br> ADC # 103741 ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> RAY HOBBS, Director, Arkansas Department ) <br> of Correction ) <br>     Respondent. ) | **Case No. 5:10CV00295 JLH-JTK** |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE