# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| JIMMY DALE STALLNACKER )<br>ADC # 103741 )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, Arkansas Department )<br>of Correction )<br>    Respondent. ) | **Case No. 5:10CV00295 JLH-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 3rd day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE